452 A.2d 66

Commonwealth v. Reider, Appellant.

Submitted March 6, 1980. Bruce D. Foreman, for appellant; Marion E. MacIntyre, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., WATKINS and MONTGOMERY, JJ.

The order of the lower court is affirmed.